UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 20-2765 & 20-2766
_____

UNITED STATES OF AMERICA

v.

TRUMAN JONES,
                                        Appellant

_____

(M.D. Pa. Nos. 3:16-cr-00127 & 3:19-cr-00160)
_____

SUR PETITION FOR REHEARING
_____

Present    SMITH, Chief Judge, and McKEE, AMBRO, CHAGARES, JORDAN, HARDIMAN, GREENAWAY, JR., SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, and PHIPPS, Circuit Judges

The petition for rehearing filed by Appellant in the above-captioned case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, it is hereby **ORDERED** that the petition for rehearing is **GRANTED IN PART**. A majority of the judges who participated in the decision of the Court having voted for rehearing, the petition for rehearing by the panel is **GRANTED.** The opinion and judgment filed August 12, 2021, are hereby **VACATED**. A subsequent opinion and judgment are herewith issued. The majority has made changes to the language that appeared on page five.

A majority of the judges of the circuit in regular service not having voted for rehearing, the petition for rehearing by the Court en banc is **DENIED**.

By the Court,

s/ Stephanos Bibas
Circuit Judge

Dated: September 10, 2021
Lmr/cc: All Counsel of Record